UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN M LIBITZKY, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | Case No. 18-cv-00792-JD<br><br>**JUDGMENT** |

Pursuant to Federal Rules of Civil Procedure 52 and 58, a judgment of dismissal with prejudice for lack of jurisdiction is entered.

**IT IS SO ORDERED.**

Dated: March 2, 2023

_____
JAMES DONATO
United States District Judge